# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### NORTHWESTERN DIVISION

KEVIN DANLEY,

    Plaintiff,

vs.                                          CV-06-J-680-NW

RUBY ALLEN, et al.,

    Defendants.

## ORDER

The court having been informed that this case has been amicably settled,

It is therefore **ORDERED** by the court that this case be and hereby is **DISMISSED WITHOUT PREJUDICE.**

It is further **ORDERED** that this court retains jurisdiction over the parties for the purpose of enforcing the parties' settlement agreement.

It is further **ORDERED** that the parties shall submit a formal stipulation of dismissal.

**DONE** and **ORDERED** this 17th day of March, 2009.

_____
INGE PRYTZ JOHNSON
U.S. DISTRICT JUDGE